UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

MARINA E. MARTINEZ and ESDRAS RAFAEL                Case No.: 15-cv-3446
SANCHEZ SORIANO, individually and on behalf of all
others similarly situated,

                            Plaintiffs,      **ORDER OF DISMISSAL**

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

            *-against-*

                                  ☆   APR 27 2016   ☆

APOGEE RETAIL LLC and APOGEE RETAIL NY LLC
d/b/a UNIQUE THRIFT STORES,

                              LONG ISLAND OFFICE

                        Defendants.

WHERAS the Defendant filed a Motion for Judgment on the Pleadings on December 15,
2015 ECF No. 24), dismissing the First Cause of Action Pursuant to FRCP 12(c), and
dismissing the remaining causes of action based upon the New York Labor Law for lack of
jurisdiction, and;

      WHEREAS the Plaintiffs opposed said motion on December 15 2015 (ECF No. 26); and

      WHEREAS the Plaintiffs have further indicated by letter to the Court dated March 16,
2016 that they withdraw their opposition to the Defendant's Motion to dismiss; now

      IT IS HEREBY ORDERED that the First Cause of Action asserting overtime violations
of the FLSA on behalf of Esdras Rafael Sanchez Soriano be dismissed without prejudice;

      ORDERED that the remaining causes of action arising under state law be and are hereby
dismissed without prejudice for lack of jurisdiction;

      ORDERED that the branch of the Defendant's Motion for Judgement on the Pleadings
seeking sanctions pursuant to F.R.C.P. 11 is Denied;

      ORDERED that the Clerk of the Court is directed to close this file.

                          SO ORDERED

Central Isip, NY
4/27/16

v
USDJ, Leonard D. Wexler